

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/16
```

[ ] The Issuance of a Warrant

[✓] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[✓] Other  **We can discuss additional specification at the conference on 5/24/16 at 9:30am.**

*Richard M. Berman*
_____
Signature of Judicial Officer

5/18/16
_____
Date